# United States Court of Appeals
## For the First Circuit
_____

No.  03-1266

JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, JANE DOE I,
SUSAN E. SCHUMANN, CHARLES RICHARDSON, NANCY LESSIN, JEFFREY
MCKENZIE, JOHN CONYERS, DENNIS KUCINICH, JESSE JACKSON, JR.,
SHEILA JACKSON LEE, JIM MCDERMOTT, JOSÉ E. SERRANO, SALLY WRIGHT,
DEBORAH REGAL, ALICE COPELAND BROWN, JERRYE BARRE, JAMES STEPHEN
CLEGHORN, LAURA JOHNSON MANIS, SHIRLEY H. YOUNG, JULIAN
DELGAUDIO, ROSE DELGAUDIO, DANNY K. DAVIS, MAURICE D. HINCHEY,
CAROLYN KILPATRICK, PETE STARK, DIANE WATSON, LYNN C. WOOLSEY,

Plaintiffs, Appellants,

v.

GEORGE W. BUSH, President,
DONALD H. RUMSFELD, Secretary of Defense,

Defendants, Appellees.

_____

ERRATA SHEET

        The opinion of the court, issued March 13, 2003, should
be amended as follows:

        On page 9, line 1, "U.N. Doc. S/RES/687" should instead
read "U.N. Doc. S/RES/1441"

        On page 12, line 16, "Abbot" should instead read "Abbott"